751 A.2d 181

**William L. PERRY, Appellant,**

v.

**William F. WARD, Pennsylvania Board of Probation Parole, Martin F. Horn, Commissioner Dep't. of Corrections, Appellees.**

**No. 38 M.D. Appeal Docket 2000.**

Supreme Court of Pennsylvania.

May 18, 2000.

### *ORDER*

PER CURIAM:

**AND NOW,** this 18th day of May, 2000, probable jurisdiction is herewith noted and the order appealed is affirmed.